# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED ANDREW MARTIN,<br><br>Petitioner,<br><br>v.<br><br>CHRISTIAN PFEIFFER,<br><br>Respondent. | Case No. 1:21-cv-01622-DAD-SAB-HC<br><br>ORDER DENYING IN PART AND GRANTING IN PART PETITIONER'S MOTION TO APPOINT COUNSEL AND AMEND NAME OF CASE, DENYING MOTION TO ISSUE SUBPOENA WITHOUT PREJUDICE, AND DENYING MOTION TO AMEND AS MOOT<br><br>ORDER DIRECTING CLERK OF COURT TO SUBSTITUTE RESPONDENT<br><br>(ECF Nos. 29, 30, 31) |

Petitioner is proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

**A. Motion to Appoint Counsel and Amend Name of Case (ECF No. 29)**

In the motion to appoint counsel and to amend name of case, Petitioner moves for appointment of counsel in what appears to be a separate civil action against Gavin Newsom and requests the Court "to amend current petition to Jared Andrew Martin v. Tyson J. Pogue." (ECF No. 29).

Petitioner's request for appointment of counsel in his separate civil action against Gavin Newson will be denied because it is not a part of the instant habeas proceeding. A petitioner seeking habeas corpus relief under 28 U.S.C. § 2254 must name the state officer having custody

of him as the respondent to the petition. Rule 2(a), Rules Governing Section 2254 Cases; <u>Ortiz-Sandoval v. Gomez</u>, 81 F.3d 891, 894 (9th Cir. 1996); <u>Stanley v. California Supreme Court</u>, 21 F.3d 359, 360 (9th Cir. 1994). Here, Petitioner has been transferred and is currently in the "custody of Madera County Sheriff Tyson J. Pogue." (ECF No. 32). Accordingly, the Court will grant Petitioner's motion to amend to name the proper respondent.

**B. Motion to Issue Subpoena (ECF No. 30)**

In the motion to issue subpoena, Petitioner alleges that the Madera County Jail has illegally seized his legal papers and court documents and refused to return them. Petitioner alleges that certain officers have done this to have Petitioner's lawsuits closed or dismissed. Petitioner requests a court order requiring Madera County Sheriff and Madera County Jail to return Petitioner's legal and personal property so that Petitioner may continue litigation of these matters. (ECF No. 30).

The Court notes that it recently issued findings and recommendations to deny Respondent's motion to dismiss and motion for more definite statement, (ECF No. 28), and Petitioner notified the Court of his intent to proceed with the second amended petition, (ECF No. 32), which the Court will preliminarily review in due course. In the motion, Petitioner provides no specific allegations regarding what legal papers and court documents have been seized and why they are necessary for Petitioner to litigate his habeas petition. Accordingly, the Court will deny Petitioner's request to order the return of his legal and personal property without prejudice.

**C. Motion to Amend (ECF No. 31)**

Petitioner filed a second motion requesting that this action "be amended to Jared Andrew Martin v. Tyson J. Pogue." (ECF No. 31). As this motion is duplicative, the Court will deny it as moot.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion to appoint counsel and to amend name of case (ECF No. 29) is DENIED IN PART and GRANTED IN PART;
2. The Clerk of Court is DIRECTED to SUBSTITUTE Tyson J. Pogue as Respondent in this matter;

3. Petitioner's motion to issue subpoena (ECF No. 30) is DENIED WITHOUT PREJUDICE; and

4. Petitioner's motion to amend (ECF No. 31) is DENIED as moot.

IT IS SO ORDERED.

Dated:  **May 13, 2022**

UNITED STATES MAGISTRATE JUDGE

3