UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED ANDREW MARTIN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>TYSON J. POGUE,<br><br>　　　　Respondent. | No. 1:21-cv-01622-ADA-SAB-HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING MOTION TO DISMISS AND FOR MORE DEFINITE STATEMENT<br><br>(Doc. Nos. 21, 36) |

　　　　Petitioner Jared Andrew Martin is proceeding *pro se* and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On May 24, 2022, the assigned magistrate judge issued findings and recommendations that recommended denying the motion to dismiss and for more definite statement as moot because the motion targeted the first amended petition, which was no longer in effect. (Doc. No. 36.) The findings and recommendations were served on the parties and contained notice that any objections were to be filed within fourteen (14) days of the date of service of the findings and recommendations. To date, no objections have been filed, and the time for doing so has passed.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court holds the findings and recommendations to be supported by the record and proper analysis.

1

Accordingly,

1. The findings and recommendations issued on May 24, 2022, (Doc. No. 36) are adopted in full;
2. Warden Pfeiffer's motion to dismiss and for more definite statement (Doc. No. 21) is denied as moot; and
3. The matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   September 14, 2022

UNITED STATES DISTRICT JUDGE